IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KOREA TRADE INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 15-84E |
| v. | ) ) | Judge Cathy Bissoon |
| RAINEATER, LLC, | ) ) | |
| Defendant. | ) | |

# ORDER

Defendant's Motion to Dismiss (Doc. 8) will be denied. Defendant argues that Plaintiff cannot maintain causes of action for both breach of contract and for unjust enrichment. Def.'s Br. (Doc. 9) at 2. In federal court, however, Plaintiff is permitted to plead in the alternative. *See* <u>Indep. Enters. Inc. v. Pitt. Water & Sewer Auth.</u>, 103 F.3d 1165, 1175 (3d Cir. 1997) (citing Fed. R. Civ. P. 8(e)(2)). This rule has been extended to cases alleging contract versus quasi-contract claims. *See* <u>Sensus U.S., Inc. v. Elliott Bay Eng'g, Inc.</u>, 2011 WL 2650028, *5 (W.D. Pa. July 6, 2011) (holding same) (citations to quoted sources omitted). Defendant's Motion to Dismiss (**Doc. 8**) is without merit, and, therefore, is **DENIED**.

IT IS SO ORDERED.


June 19, 2015                                         s\Cathy Bissoon
                                                      Cathy Bissoon
                                                      United States District Judge


cc (via ECF email notification):

All Counsel of Record